Beverly **DILLON**, as trustee of L.I.G. Trust and El Fuente Trust, Neil A. Stubbs, as trustee of Neal A. Stubbs, D.D.S. P.A. Profit Sharing Plan & Trust, Corpus Harem, Ltd., Plaintiffs–Counter–Defendants–Appellees,

v.

**AXXSYS INT'L INC.**, formerly known as Internet Access Co., Inc., et al., Defendants,

Adam M. Reiser, individually, Defendant–Counter–Claimant,

Deborah Austin Reiser, individually, Defendant–Appellant.

No. 07–10266
Non–Argument Calendar.

United States Court of Appeals, Eleventh Circuit.

Aug. 28, 2007.

Robin S. Trupp, Tampa, FL, Jose Dwayne Sosa, Arnstein & Lehr, West Palm Bch., FL, for Defendant–Appellant.

Richard Candelora, Janette Meredith Wester, Wendolyn S. Busch, Mechanik Nuccio Williams Hearne & Wester, P.A., Lutz, FL, for Plaintiffs–Counter–Defendants–Appellees.

Before WILSON, PRYOR and FAY, Circuit Judges.

**PER CURIAM:**

This is an appeal from the denial of a motion for attorneys' fees and costs brought by Deborah Austin Reiser who was a defendant/appellee/cross-appellant in this matter. We affirmed the judgments entered in the district court in *Dillon v. Axxsys International, Inc.*, 185 Fed.Appx. 823 (11th Cir.2006).

We now affirm the rulings of the district court denying these motions for the reasons set forth in the Report and Recommendation of the United States Magistrate Judge dated November 14, 2006 which was

adopted by the United States District Judge by Order dated December 19, 2006.

**AFFIRMED.**